NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSAL ELECTRONICS, INC.,**
*Appellant*

**v.**

**ROKU, INC.,**
*Appellee*

---

2024-1856

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01289.

----------------------------------------------

**ROKU, INC.,**
*Appellant*

**v.**

**UNIVERSAL ELECTRONICS, INC.,**
*Appellee*

---

2024-1916

---

2                    UNIVERSAL ELECTRONICS, INC. v. ROKU, INC.


Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01289.

_____

## O R D E R

The parties stipulate to the voluntary dismissal of Appeal No. 24-1916.

The parties, having so agreed,

IT IS ORDERED THAT:

(1) Appeal No. 24-1916 is dismissed under Fed. R. App. P. 42(b), with each side to bear their own costs.

(2) The official captions as modified, are reflected in this order.


FOR THE COURT


April 23, 2026
       Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE (as to Appeal No. 24-1916 only)**: April 23, 2026